**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EAST BANK CLUB VENTURE LLC, | |
| Plaintiff, | Case No. |
| v. | |
| EAST BANK ATHLETIC & SOCIAL LLC, E.A. STAPLES AND ASSOCIATES LLC | **Jury Trial Demanded** |
| Defendants. | |

**COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT**

Plaintiff EAST BANK CLUB VENTURE LLC ("EAST BANK CLUB"), by and through its attorneys, for its Complaint against Defendants EAST BANK ATHLETIC & SOCIAL LLC. ("EBA") and E.A. STAPLES AND ASSOCIATES LLC ("EAS") (collectively, "EAST BANK MILWAUKEE"), states as follows:

**NATURE OF THE ACTION**

1.     This is an action for trademark infringement under the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), and for related causes of action under Illinois statutory and common law.

2.     This action arises from EAST BANK MILWAUKEE's infringement of EAST BANK CLUB's valuable trademark ("EAST BANK Mark"). EAST BANK CLUB is a premier health club located in Chicago offering an array of amenities, state-of-the-art exercise facilities and equipment, and dining options.

3.     Nearly 50 years after EAST BANK CLUB began using its federally registered Mark in connection with health and fitness goods and services, EAST BANK MILWAUKEE

began using the nearly identical mark "EAST BANK Athletic & Social" in connection with identical health and fitness services.

4.     After learning of EAST BANK MILWAUKEE's use, EAST BANK CLUB promptly contacted EAST BANK MILWAUKEE. EAST BANK CLUB advised EAST BANK MILWAUKEE of EAST BANK CLUB's trademark rights and its concern that EAST BANK MILWAUKEE's use of a nearly identical mark for health and fitness products and services offered by EAST BANK MILWAUKEE is likely to cause confusion among consumers, and in fact, has caused actual confusion. EAST BANK CLUB requested that EAST BANK MILWAUKEE stop using the EAST BANK Mark and transition to a new mark. EAST BANK MILWAUKEE has refused to do so.

5.     Given the relatedness, if not identicalness, of the parties' goods and services, and the visual and phonetic identity of the respective marks, EAST BANK MILWAUKEE's use of the EAST BANK Mark is likely to cause confusion as to whether EAST BANK MILWAUKEE's health and fitness club services are somehow connected to, sponsored, or approved by EAST BANK CLUB.

6.     EAST BANK CLUB brings this action to stop EAST BANK MILWAUKEE's unauthorized and infringing use of a mark that is confusingly similar to the EAST BANK Mark, and seeks permanent injunctive relief and an award of profits, actual damages, and other relief for EAST BANK MILWAUKEE's unlawful conduct.

**THE PARTIES**

7.     EAST BANK CLUB VENTURE LLC is a limited liability company organized under the laws of the state of Illinois with a business address 500 N. Kingsbury Street, Chicago, Illinois 60654.

8. On information and belief, Defendant EAST BANK ATHLETIC & SOCIAL LLC is a Wisconsin limited liability company with a principal business address at 731 N Water Street, Milwaukee, Wisconsin 53202. The registered agent listed at the Wisconsin Secretary of State is Eugene Staples, 735 N Water Street, Suite M180, Milwaukee, Wisconsin 53202.

9. On information and belief, Defendant E.A. STAPLES AND ASSOCIATES LLC, is an Illinois limited liability company with a principal business address at 7222 W Cermak Road, Sute 403, North Riverside, Illinois 60546. The registered agent listed at the Illinois Secretary of State is William Ryan, 7222 W Cermak Road, Suite 403, Riverside, Illinois 60546.

10. On information and belief, E.A. STAPLES AND ASSOCIATES owns EAST BANK ATHLETIC & SOCIAL LLC, which is doing business as EAST BANK Athletic & Social.

## JURISDICTION AND VENUE

11. This Court has subject matter jurisdiction over the federal question claims pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338. This complaint also alleges violations of Illinois law. This Court has jurisdiction over these state law claims pursuant to its supplemental jurisdiction, 28 U.S.C. § 1367(a), in that the claims are so related to the above federal claims that they form part of the same case or controversy.

12. This Court has personal jurisdiction over EAST BANK MILWAUKEE in that the acts complained of herein were purposefully directed to create harm to EAST BANK CLUB in this district (as well as to members of the public in this district), and because, on information and belief, EAST BANK MILWAUKEE has used the infringing EAST BANK Mark for business activities in, and purposefully directed to, the State of Illinois and this judicial district, including the advertising and sales of its services through the Internet. Moreover, the activities complained

of, including the unauthorized use and display of the EAST BANK Mark in violation of EAST BANK CLUB's trademark rights, occurred here causing consumer confusion in this judicial district.

13. Venue is proper in this district under 28 U.S.C. § 1391 (b) in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. EAST BANK MILWAUKEE has knowingly committed tortious acts aimed at EAST BANK CLUB and is causing harm in this state and this district. Moreover, the damage to EAST BANK CLUB and the EAST BANK Mark has occurred and continues to occur in this judicial district.

**EAST BANK CLUB'S BUSINESS AND MARKS**

14. EAST BANK CLUB developed and began to first use the distinctive term EAST BANK CLUB in 1976 to identify a variety of premier goods and services including health, personal fitness and training services, exercise and wellness classes. EAST BANK CLUB offers amenities such as swimming pools, whirlpool, sauna, personal training, locker rooms, cardio deck, cycle studio, basketball court, group exercise classes, yoga studio, nutrition counseling, weight room, dieticians, salon & spa.

15. EAST BANK CLUB provides health, personal fitness and training services including exercise and wellness classes, tennis and golf lessons, weight training, fitness consultations and testing, boxing and swimming lessons, yoga instruction, racquet sports instruction, and basketball instruction; EAST BANK CLUB also provide health spa and salon services indulging clients with massages, manicures, pedicures, hair styling and coloring, facials and body treatments, sauna, steam room, therapeutic massages, and cosmetic body care services, and physical therapy and rehabilitation; EAST BANK CLUB also offers clothing such as shorts,

t-shirts, sweatshirts, sweatpants, and jackets for fitness, sport and work out (the "EAST BANK Goods & Services").

16.     Over the past 49 years, EAST BANK CLUB has invested millions of dollars in developing its brand. As a result, EAST BANK CLUB has accumulated considerable goodwill and recognition in its EAST BANK Mark, and has developed strong common law rights in the EAST BANK Mark.

17.     EAST BANK CLUB has built a positive reputation and customer loyalty for the EAST BANK Goods & Services.

18.     Due to the foregoing, consumers have come to associate the EAST BANK Mark with EAST BANK CLUB and the EAST BANK Goods & Services.

19.     EAST BANK CLUB owns U.S. Federal Trademark Registration No. 4001128 for the EAST BANK CLUB Mark identifying goods & services in classes 35, 41, 44. The certificate of registration for the EAST BANK Mark is attached as Exhibit 1.

20.     EAST BANK CLUB also owns several other U.S. trademark applications and registrations (Exhibit 2), including the following:

| Mark | Reg # or App # | Goods & Services |
|---|---|---|
| | 4011232 | Fitness, sport and work out related clothing and items, namely, shorts, t-shirts, sweatshirts, sweatpants, hats, tank tops, shirts<br><br>Providing health, personal fitness and training services, namely, exercise and wellness classes, tennis and golf lessons, weight training, fitness consultations and testing, boxing and swimming lessons, yoga instruction, racquet sports instruction, and basketball instruction<br><br>Providing health spa and salon services, namely, massages, manicures, pedicures, hair styling and |

| | | coloring, facials and body treatments, sauna, steam room, therapeutic massages, and cosmetic body care services; physical therapy and rehabilitation |
|---|---|---|
| EBC FIT MEALS | 4902883 | Ready-to-eat meals comprised primarily of meats, cheese and also including rice or pasta or vegetables; Frozen, prepared or packaged meals consisting primarily of meat, fish, poultry or vegetables |
| THE MARKET AT EAST BANK CLUB | 98375456 | Prepared, ready-to-eat or packaged meals consisting primarily of vegetables; Prepared or packaged meals consisting primarily of meat, fish, poultry or vegetables<br><br>Retail grocery store services; Retail grocery stores |

**EAST BANK MILWAUKEE'S BUSINESS AND UNAUTHORIZED CONDUCT**

21.     According to an Article written by Teddy Nykiel and published September 5, 2024, in the Milwaukee Business Journal, a "Chicago-area investor" planned to convert the Gold's Gym "into an athletic and social club".

https://www.bizjournals.com/milwaukee/news/2024/09/05/golds-gym-to-become-east-bank-athletic-and-social.html  (Exhibit 3).

22.     On information and belief, Gold's Gym was renamed to "EAST BANK Athletic & Social" sometime in September 2024.

23.     EAST BANK MILWAUKEE is a company that provides health and fitness-related services. It offers amenities such as a swimming pool, whirlpool, sauna, personal training, locker rooms, cardio deck, cycle studio, basketball court, women-only workout area, tanning, group exercise classes, yoga studio, nutrition counseling, strength-focused weight room,

functional weight room, and remote registered dietician. Attached at Exhibit 4 are copies of the website found at https://eastbankathleticsocial.com/.

24.    EAST BANK MILWAUKEE offers its goods and services under "EAST BANK Athletic & Social," and a design that include "EAST BANK" that predominates over "Athletic & Social":

**EAST BANK**
*Athletic & Social*

25.    EAST BANK  MILWAUKEE can be found on the Internet by at least two domains that each incorporate EAST BANK within the domain: https://eastbankathletic.com and https://eastbankathleticsocial.com.

26.    EAST BANK MILWAUKEE's "Chicago-area investor"  was aware of EAST BANK CLUB and willfully selected a nearly identical name – EAST BANK Athletic & Social – in an effort to trade on EAST BANK CLUB's positive reputation and customer loyalty.

27.    Sometime before June 16, 2025, EAST BANK CLUB received at least two phone calls from different individuals believing that EAST BANK CLUB was associated or affiliated with EAST BANK MILWAUKEE. Specifically, customer #1 called EAST BANK CLUB asking about reciprocity with EAST BANK MILWAUKEE. And customer #2 called EAST BANK CLUB to cancel their membership but, in fact, was not a member. On information and belief, customer #2 was a member with EAST BANK MILWAUKEE.

28.    Most recently, on September 8, 2025, EAST BANK CLUB received a call from Mr. Harris trying to cancel his membership. EAST BANK CLUB reviewed its records and did not locate Mr. Harris in its system. EAST BANK CLUB asked Mr. Harris  if he was trying to

cancel his membership for East Bank Club in Chicago, to which he replied "no, sorry I am calling about the club in Milwaukee."

29.     EAST BANK MILWAUKEE's "EAST BANK Athletic & Social" is a club offering health and fitness goods and services, and its use of EAST BANK is causing actual confusion.

30.     EAST BANK CLUB promptly contacted EAST BANK MILWAUKEE by letter correspondence dated June 16, 2025 and again on July 22, 2025. EAST BANK CLUB advised EAST BANK MILWAUKEE of its EAST BANK Mark and trademark/service mark rights, and its concern that EAST BANK MILWAUKEE's use of the nearly identical mark "EAST BANK Athletic & Social" is likely to cause confusion among consumers and others. Given the propensity for both forward and reverse confusion, as well as dilution of its distinctive EAST BANK Mark, EAST BANK CLUB requested that EAST BANK MILWAUKEE stop using EAST BANK and transition to a new name.

31.     EAST BANK MILWAUKEE never responded to EAST BANK CLUB's letters.

32.     EAST BANK MILWAUKEE has been, and continues to be, engaged in acts that are injurious and deceptive to the public and which will cause EAST BANK CLUB irreparable harm.

33.     If allowed to continue, EAST BANK MILWAUKEE's conduct will result in irreparable harm to EAST BANK CLUB.

## COUNT I - FEDERAL TRADEMARK INFRINGEMENT
## (15 U.S.C. § 1114)

34.     EAST BANK CLUB realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

35.     EAST BANK CLUB owns and has rights to use its federally registered EAST BANK Mark in connection with "health and fitness" and other services.

36.     As a result of EAST BANK CLUB's longstanding, widespread, and continuous use of the EAST BANK Mark in interstate commerce, its marks enjoy considerable goodwill that has become associated with EAST BANK CLUB.

37.     EAST BANK CLUB's rights in its EAST BANK Mark predates EAST BANK MILWAUKEE's first use of EAST BANK by approximately 49 years.

38.     EAST BANK as used by EAST BANK MILWAUKEE is nearly identical to the EAST BANK Mark in sight, sound, and commercial impression.

39.     Moreover, EAST BANK MILWAUKEE uses EAST BANK in connection with goods and services that are identical to the goods and services offered by EAST BANK CLUB under the EAST BANK Mark.

40.     EAST BANK MILWAUKEE's use of EAST BANK is likely to cause confusion as to the source, sponsorship, or approval of EAST BANK MILWAUKEE's club, and in fact, has caused actual confusion. Consumers have been and may continue to be led to believe that EAST BANK MILWAUKEE's club is connected with EAST BANK CLUB. Alternatively, consumers could mistakenly believe that EAST BANK CLUB is infringing on EAST BANK MILWAUKEE's intellectual property.

9

41.     EAST BANK MILWAUKEE chose to use EAST BANK with constructive and/or actual knowledge of EAST BANK CLUB's prior use of and rights in the EAST BANK Mark.

42.     EAST BANK MILWAUKEE's use of the confusingly similar EAST BANK mark deprives EAST BANK CLUB of the ability to control consumer perception of the quality of the goods and services marketed under the EAST BANK Mark, its house marks, and, instead, places EAST BANK CLUB's valuable reputation and goodwill into the hands of EAST BANK MILWAUKEE, over whom EAST BANK CLUB has no control.

43.     The aforementioned acts of EAST BANK MILWAUKEE constitute federal trademark infringement in violation of 15 U.S.C. § 1114.

44.     The intentional nature of EAST BANK MILWAUKEE's acts makes this an exceptional case under 15 U.S.C. § 1117(a).

45.     EAST BANK CLUB has been, is now, and will be irreparably harmed by EAST BANK MILWAUKEE's aforementioned acts of infringement, and, unless enjoined by the Court, EAST BANK MILWAUKEE will continue to infringe upon the EAST BANK Mark. There is no adequate remedy at law for the harm caused by the acts of infringement alleged herein.

### COUNT II - UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(A))

46.     EAST BANK CLUB realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

47.     EAST BANK MILWAUKEE's use of EAST BANK mark falsely suggests that its club is connected with, sponsored by, affiliated with, related to, and/or approved by EAST BANK CLUB and its goods & services marketed under the EAST BANK Mark.

48.     On information and belief, EAST BANK MILWAUKEE has acted with knowledge of EAST BANK CLUB's EAST BANK Mark. Even a cursory search of the USPTO database would have revealed the registration.

49.     EAST BANK MILWAUKEE's unauthorized use of a confusingly similar mark constitutes unfair competition and a false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

50.     EAST BANK CLUB has been, is now, and will continue to be irreparably harmed by EAST BANK MILWAUKEE's aforementioned acts of unfair competition of false designation of ownership, and, unless enjoined by the Court, EAST BANK MILWAUKEE will continue to infringe EAST BANK CLUB's rights. There is no adequate remedy at law for the harm caused by the acts of infringement alleged herein.

**COUNT III – CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES
(815 ILCS 505, ET SEQ.)**

51.     EAST BANK CLUB realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

52.     By the acts alleged herein, EAST BANK MILWAUKEE has engaged in unfair or deceptive acts or practices, and thereby has created a likelihood of confusion or misunderstanding as to the source, sponsorship or approval of the goods it is offering for sale; created a likelihood of confusion or misunderstanding as to whether EAST BANK MILWAUKEE is affiliated, connected or associated with EAST BANK CLUB; and otherwise has engaged in conduct creating a likelihood of confusion and/or misunderstanding as to the affiliation with, connection with or certification by another.

53.     EAST BANK MILWAUKEE willfully engaged in deceptive trade practices.

11

54.     EAST BANK CLUB will continue to suffer future harm unless the forementioned acts and/or other activities of EAST BANK MILWAUKEE are enjoined by this Court.

## COUNT IV - COMMON LAW TRADEMARK INFRINGEMENT
### (765 ILL. COMP. STAT. 1036, ET SEQ.)

55.     EAST BANK CLUB realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

56.     Because of EAST BANK CLUB's significant promotion and advertising efforts under the EAST BANK Mark, and use of such Mark for over four decades, the EAST BANK Mark has become uniquely associated with EAST BANK CLUB and identifies EAST BANK CLUB as the source of the EAST BANK CLUB products and/or services. The EAST BANK Mark is a valid trademark under the common law.

57.     By the acts alleged herein, EAST BANK MILWAUKEE is using, without the consent of EAST BANK CLUB, a copy, or colorable imitation of the EAST BANK Mark in connection with the sale, distribution, offering for sale, or advertising of goods and services that is likely to cause confusion or mistake or to deceive as to the source of origin of such goods or services.

58.     EAST BANK MILWAUKEE willfully engaged in trademark infringement.

59.     EAST BANK CLUB will continue to suffer future harm unless the forementioned acts and/or other activities of EAST BANK MILWAUKEE are enjoined by this Court.

## COUNT V – DECEPTIVE TRADE PRACTICES
### (815 ILCS 510, ET SEQ.)

60.     EAST BANK CLUB realleges and incorporates herein by reference the preceding paragraphs as if fully restated herein.

12

61.     EAST BANK MILWAUKEE has misappropriated valuable property rights of EAST BANK CLUB, is trading on the goodwill of EAST BANK CLUB as symbolized by EAST BANK CLUB's distinctive EAST BANK Mark and has and is thereby likely to further confuse and deceive members of the purchasing public.

62.     EAST BANK MILWAUKEE obtains a benefit of, and trades upon, the widespread recognition and goodwill of EAST BANK CLUB; EAST BANK CLUB has no control over the business of EAST BANK MILWAUKEE and its impact on EAST BANK CLUB's goodwill; and such use is likely to cause confusion, mistake or deception, and results in unfair competition and unjust enrichment of EAST BANK MILWAUKEE.

63.     EAST BANK CLUB has been, is now, and will be irreparably harmed by EAST BANK MILWAUKEE's actions complained of herein, and unless enjoined by this Court, EAST BANK CLUB will suffer further harm, constituting an injury for which there is no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, for the foregoing reasons, EAST BANK CLUB respectfully prays for relief as follows:

A.     Entry of an order and judgment requiring that EAST BANK MILWAUKEE and its officers, agents, employees, owners, and representatives, and all other persons, firms, or corporations in active concert or participation with it, be preliminarily and permanently enjoined and restrained from (a) using in any manner the EAST BANK Mark, or any colorable imitation, as a trade name, trademark, service mark, or domain name, including removal of EAST BANK from all goods and services, websites, domain names, and social media content; and (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of

13

the public, or current or prospective customers of EAST BANK CLUB's products and services, with respect to the source of the products and services offered for sale, distributed, or sold by EAST BANK MILWAUKEE, or with regard to there being a connection between EAST BANK MILWAUKEE and EAST BANK CLUB;

B.      A judgment ordering EAST BANK MILWAUKEE, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon EAST BANK CLUB within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which EAST BANK MILWAUKEE has complied with the injunction and implemented adequate and effective means to discontinue doing business and offering or selling goods using the EAST BANK Mark;

C.      A judgment, pursuant to 15 U.S.C. § 1117, requiring that EAST BANK MILWAUKEE account for and pay to EAST BANK CLUB damages arising from EAST BANK MILWAUKEE's violation of the Lanham Act;

D.      A judgment, pursuant to 15 U.S.C. § 1117, requiring that EAST BANK MILWAUKEE account for and disgorge to EAST BANK CLUB all of the profits realized by EAST BANK MILWAUKEE or others in active concert or participation with EAST BANK MILWAUKEE, relating to the use of the EAST BANK Mark, and, as the Court may deem appropriate, any additional amounts pursuant to 15 U.S.C. § 1117, plus interest;

E.      A judgment, pursuant to 15 U.S.C. § 1117, allowing EAST BANK CLUB to recover its costs and attorneys' fees incurred in connection with this action because of the

exceptional nature of this case, resulting from the EAST BANK MILWAUKEE's deliberate and willful infringement;

       F.     A judgment, pursuant to 15 U.S.C. § 1117, allowing EAST BANK CLUB to recover treble damages and an enhanced award based on EAST BANK MILWAUKEE's knowing and intentional use of trademarks confusingly similar to the EAST BANK Mark;

       G.     A judgment ordering EAST BANK MILWAUKEE, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or show proof of said destruction or sufficient modification to eliminate, all articles, signage, promotional items, literature, sales aids, packaging, or other materials in the possession, custody, or control of EAST BANK MILWAUKEE or its agents or distributors, bearing any mark confusingly similar to any of the EAST BANK Mark, both alone and in combination with other words or terms;

       H.     Based on EAST BANK MILWAUKEE's willful, deliberate, and egregious conduct, and to deter such conduct in the future, PYMNTS be awarded punitive damages;

       I.     A judgment requiring that EAST BANK MILWAUKEE pay pre- and post-judgment interest; and

       J.     A judgment granting EAST BANK CLUB any relief that the Court deems just and proper.

## JURY DEMAND

EAST BANK CLUB hereby demands a jury trial on all issues as to which trial by jury is allowed.

September 29, 2025

/s/ Allison M. Corder
Allison M. Corder, ARDC 6276467

REDROC IP LLC
570 Frontage Road, Suite #201
Northfield, Illinois 60093
(847) 508-2554
allison@redrocip.com

Attorney for Plaintiff
EAST BANK CLUB VENTURE LLC